PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Valeriano Sanchez

**Docket Number:** 02-00337-005
**PACTS Number:** 32601

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 09/25/2006

**Original Offense:** 18 U.S.C. 371 Conspiracy to Commit Mail Fraud

**Original Sentence:** 3 years probation; Special conditions: Community Service, DNA Collection, Financial Disclosure, No New Debt, $100 Special Assessment, $2,000 fine.

**Type of Supervision:** probation

**Date Supervision Commenced:** 9/25/06

**Assistant U.S. Attorney:** Thomas Eicher , 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** William Ware, Esq. , Maynard & Truland, LLC, 6 Dumont Place , Morristown, New Jersey 07960, (973) 540-0054

---

## PETITIONING THE COURT

[  ] To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**The defendant shall contribute 200 hours of community service work over a period of 1 year or less, from the date probation commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.**'

                    Specifically, the offender stated that he has been performing community service but the undersigned officer was only able to verify that he performed 13 of the 200 hours that were ordered.

2                   The offender has violated the supervision condition which states '**You**

shall not leave the judicial district without the permission of the Court or Probation Officer.'

Specifically, the undersigned officer instructed the offender to report to the office on July 10, 2008. The offender called the undersigned officer and informed that he would be unable to report, as he was in Virginia for the week without the permission of the U.S. Probation Officer.

3           The offender has violated the supervision condition which states 'The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.'

Specifically, the offender did not submit monthly reports from November 2007-May 2008. When asked to submit this documentation, he only submitted a monthly report for May 2008 and left the question regarding community service blank.

I declare under penalty of perjury that the foregoing is true and correct.

By: Erika M. Arnone
U.S. Probation Officer
Date: 7/14/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Summons. Date of Hearing: _September 9, 2008 at 10:30 am._
[   ] The Issuance of a Warrant
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

_____
Date